1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12   DANIEL DEARAGON,                              CASE NO. EDCV 10-100 AGR

                        Plaintiff,

13                                                 **JUDGMENT**

14              vs.

15   MICHAEL J. ASTRUE, Commissioner of
     Social Security Administration,

16
                        Defendant.

17   _____

18

19          IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and

20   that this action is remanded to the Commissioner for further proceedings consistent

21   with the Memorandum Opinion and Order.

22
23
24   DATED: August 4, 2011          _____
                                              ALICIA G. ROSENBERG
25                                        UNITED STATES MAGISTRATE JUDGE
26
27
28